# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | 1:21-cr-14-HSO-RPM-1 |
| OSCAR THOMAS III | § | |

## ORDER DENYING DEFENDANT OSCAR THOMAS III'S MOTION [34] TO SUPPRESS EVIDENCE

This matter came before the Court for hearing on the Motion to Suppress Evidence [34] filed on October 22, 2021, by Defendant Oscar Thomas III in the above-captioned case. After conducting a hearing on December 2, 2021, the Court carefully considered the arguments of counsel, the witness testimony, and the relevant legal authorities. For the reasons more fully stated on the record at the conclusion of the hearing on December 2, 2021, the Court finds that Defendant's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion to Suppress Evidence [34] is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of December, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE